**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.  4:10-cv-02110-AGF** |
| | ) | |
| **Approximately 352.65 Acres** | ) | |
| **known as Camp Zoe in Shannon County, MO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

On November 8, 2010, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri.  Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case.  Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Henry E. Autrey, U.S. District Judge

Dated this 9th day of November, 2010.

James G. Woodward, Clerk of Court


By: /s/ Karen Moore, Deputy Clerk


**In all future documents filed with the Court, please use the following case number:**
 **1:10-cv-00183-HEA.**