UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | No.   1:10CV00183 HEA |
| APPROXIMATELY 352.65 ACRES KNOWN AS CAMP ZOE LOCATED IN SHANNON COUNTY, MISSOURI, and Further described as: | ) ) ) ) ) | |
| Approximately 330 acres described as: The West Half of the Northeast Quarter; the East Half of the Northwest Quarter; the East Half of the West Half of the Northwest Quarter; the East Half of the Southwest Quarter; the East Half of the Northwest Quarter of the Southwest Quarter; the North Half of the Southwest Quarter of the Southwest Quarter; the Southeast Quarter of the Southwest Quarter of the Southwest Quarter; all in Section 8, Township 30 North, Range 4 West, Shannon County, Missouri, and | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Approximately 22.65 acres described as: Tract 1: The West Half of the Northwest Quarter of the Southwest Quarter of Section 8, Township 30 North, Range 4 West; and, Tract 2: All that part of Lot No. 5 of Section 7, Township 30 North, Range 4 West, lying easterly of the right-of-way line of State Highway No. 19, | ) ) ) ) ) ) ) ) | |
| with all appurtenances improvements and fixtures thereon, | ) ) ) | |
|     Defendant. | ) | |

1

## CLAIM

COMES NOW James T. Tebeau by counsel and states that he hereby claims interest in the property described in the Verified Complaint of Forfeiture filed with this Court. James T. Tebeau is the owner of said property subject to a mortgage with Select Portfolio Services.

_____
DAN VIETS
15 North Tenth Street
Columbia, MO 65201
(573) 443-6866
Missouri Bar Number 34067

Attorney for Defendant
James T. Tebeau

_____
James T. Tebeau

12-13-10
Date

Proof of Service

A copy of this document was sent to Assistant United States Attorney, Mr. Keith Sorrell.

2