UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   1:10CV00183 HEA |
| | ) | |
| Approximately 22.65 acres described as: | ) | |
| Tract 1:  The West Half of the Northwest | ) | |
| Quarter of the Southwest Quarter of Section | ) | |
| 8, Township 30 North, Range 4 West; and, | ) | |
| Tract 2:  All that part of Lot No. 5 of Section | ) | |
| 7, Township 30 North, Range 4 West, lying | ) | |
| easterly of the right-of-way line of | ) | |
| State Highway No. 19, | ) | |
| | ) | |
| with all appurtenances | ) | |
| improvements and fixtures thereon, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT
AS TO APPROXIMATELY 22.65 ACRES**

Comes now the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Julia M. Wright, Assistant United States Attorney for said District, and respectfully moves the Court to dismiss the complaint as to 22.65 acres, more particularly described as:

Approximately 22.65 acres of land known as Camp Zoe, and further described as:

Tract 1:  The West Half of the Northwest Quarter of the Southwest Quarter of Section 8, Township 30 North, Range 4 West; and,

Tract 2:  All that part of Lot No. 5 of Section 7, Township 30 North, Range 4 West, lying easterly of the right-of-way line of State Highway No. 19.

The Government is no longer seeking the forfeiture of this portion of real property. A Release of the Lis Pendens against the 22.65 acres was filed with the Shannon County Recorder of Deeds Office on November 10, 2010.

This dismissal of the 22.65 acres does not in any way effect the remaining 330 acres, more particularly described as:

> Approximately 330 acres of land known as Camp Zoe, and further described as:
>
> The West Half of the Northeast Quarter; the East Half of the Northwest Quarter; the East Half of the West Half of the Northwest Quarter; the East Half of the Southwest Quarter; the East Half of the Northwest Quarter of the Southwest Quarter; the North Half of the Southwest Quarter of the Southwest Quarter; the Southeast Quarter of the Southwest Quarter of the Southwest Quarter; all in Section 8, Township 30 North, Range 4 West, Shannon County, Missouri.

The 330 acres remains as the subject of this case.

WHEREFORE, the Government respectfully requests the Court grant its dismissal against the 22.65 acres only.

        Respectfully submitted,

        RICHARD G. CALLAHAN
        United States Attorney

        */s/ Julia M. Wright*
        JULIA M. WRIGHT, 4450
        Assistant United States Attorney
        111 South Tenth Street, 20th Floor
        St. Louis, Missouri 63102
        (314) 539-2200

SO ORDERED:

_____
HENRY E. AUTREY
United States District Judge

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 29, 2010 , the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.


*/s/ Julia M. Wright*
JULIA M. WRIGHT, 4450