UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:10-CV-00183-HEA |
| | ) | |
| APPROXIMATELY 352.65 ACRES | ) | |
| KNOWN AS CAMP ZOE LOCATED IN | ) | |
| SHANNON COUNTY, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## VERIFIED CLAIM TO PROPERTY
## LISTED IN FORFEITURE COMPLAINT

I, James Tebeau, owner of the 352.65 acres known as Camp Zoe, intervening for my

interest in the aforementioned property, appear and make claim to said property, attached by the

marshal under process of this Court at the instance of Plaintiff, the United States of America. I

further aver that I, James Tebeau, was in possession of the aforementioned property at the time of

the attachment, and that I, James Tebeau, am the true and bona fide owner of said property.

Wherefore, I, James Tebeau, pray to defend accordingly. I declare the foregoing under penalty of

perjury.

Date: 12/29/10                     Name: James T. Tebeau

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:10-CV-00183-HEA |
| | ) | |
| APPROXIMATELY 352.65 ACRES | ) | |
| KNOWN AS CAMP ZOE LOCATED IN | ) | |
| SHANNON COUNTY, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the

Court's electronic filing system on this 31st day of December, 2010, to Ms. Julia M. Wright,

Assistant United States Attorney, and all other parties of record.

**Verified Claim to Property (Amended)**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS,
PC

By:    /s/Gilbert C. Sison
GILBERT C. SISON
120 S. Central Avenue, Suite 130
St. Louis, MO 63105
Telephone: (314) 862-4332
Facsimile: (314) 862-8050
E-mail: gsison@rsrglaw.com

Attorney for Defendant