IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:10CV00183 HEA |
| v. | ) |
| | ) |
| APPROXIMATELY 330 ACRES | ) |
| OF LAND, | ) |
| | ) |
| Defendant. | ) |

## ANSWER OF CLAIMANT JOSEPH GRASSO TO COMPLAINT OF FROFEITURE

COMES NOW CLAIMANT JOSEPH GRASSO, and for his Answer to Verified Complaint of Forfeiture, states as follows:

1. Claimant admits the allegations of paragraphs 1, 2, 3 and 6 of the Verified Complaint.
2. Claimant had no knowledge of the allegations of paragraph 5, and therefore denies same.
3. Claimant denies the allegations of paragraphs 4, 7, 8, 9, and 10.

WHEREFORE, having fully answered, Claimant prays this Court dismiss the Verified Complaint, grant him his costs herein, and for such other and further orders as are just and proper.

STEVE KOSLOVSKY, LLC

_____/s/_____
Steven W. Koslovsky # 29183MO
2458 Old Dorsett Road Ste 230
St. Louis, MO 63043
(314) 222-4066
(314) 770-9330(fax)
Attorney for Claimant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he delivered a copy of this Claim to Julia M. Wright, Esq., Assistant U.S. Attorney, at 111 South Tenth Street, 20th Floor, St. Louis, MO 63102, and to Gilbert C. Sison, Esq., Attorney for Claimant Tebeau, at 120 S. Central Ste 130, Clayton, MO 63105, via the Court's electronic filing system on this 3d day of January, 2011.

_____/s/_____